**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RANDOLPH MIMS** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| **JAMES REAPE, *et al.*,** | : | **NO. 25-7042** |
| Defendants. | : | |

**ORDER**

AND NOW, this 28th day of September, 2026, upon consideration of the Defendants' Motion for Partial Dismissal of Plaintiff's Amended Complaint (ECF 19) it is hereby ORDERED and DECREED that the motion is GRANTED as follows:

1. The Amended Complaint's § 1983 claims (Counts 1-4) are dismissed as to Defendant Montgomery County.
2. The Amended Complaint's state law malicious prosecution claim (Count 6) is dismissed with prejudice as to Defendant Montgomery County.
3. The Amended Complaint's state law defamation claim (Count 9) is dismissed with prejudice.
4. The Amended Complaint's state law claim for negligent infliction of emotional distress (Count 10) is dismissed with prejudice.
5. The Amended Complaint's allegations regarding a possible class action and class related discovery (paragraphs 103-07 of the Amended Complaint and sub-parts (e), (f), (g) and (h) of its Prayer for Relief) are stricken.
6. This **action shall proceed on the following claims in the Amended Complaint:** Counts I, II, and III against Defendant James Reape in his individual capacity;Count V against Reape and the John Doe Sherriff's Office employees; Count VI against Reape; and Count VIII against Reape.

BY THE COURT:

Hon. Mia R. Perez